In the Matter of the Petition of JOHN B. DOYLE to Have His Lien as Attorney and Counselor in the Action of CHARLES MILLER and Another, on Behalf of Themselves, etc., Plaintiffs, against UNITED STATES BOND AND MORTGAGE CORPORATION and Others, Defendants, Determined and Enforced.*— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents and votes for affirmance.

CHARLES G. MEINKEN and Another, as Surviving Executors and Trustees, etc., of HENRY MEINKEN, Deceased, Appellants, v. ISAAC LEVINSON and Others, Defendants, Impleaded with GEM PAPER BOX COMPANY, Respondent.— Orders affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within ten days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PECK & STERBA, INCORPORATED, and Another, Plaintiffs, v. PECK & STERBA, INC., and Others, Respondents, and BANKERS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — O'Malley, Merrell, Sherman and Townley, JJ.

MORRIS M. FICHTER, Respondent, v. WASHINGTON MARKET GARAGE, INC., and Another, Appellants, Impleaded with Others, Defendants. ABRAHAM G. MEYER, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

D. W. MAY, INC., Respondent, v. SPRAGUE SPECIALTIES COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FLORENCE HARRIMAN, Appellant, v. EDWARD S. DONOVAN, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to open default denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES L. CRAIG, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALBION TRADING COMPANY, INC., and Others, Appellants, v. THE HAMILTON FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILFORD C. HALLER, as Trustee in Bankruptcy of MIDTOWN FOOD SHOP, INC., Bankrupt, Appellant, v. CHARLES BROWN and Others, Defendants, Impleaded with MICHAEL J. KENNEDY, JR., Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.